IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHERLY L. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) **COMPLAINT PURSUANT TO O.C.G.A. §** |
| | ) **51-3-1, OCGA § 51-1-6, OCGA § 51-1-2** |
| | ) |
| vs. | ) |
| | ) |
| CITY OF DOUGLASVILLE | ) CIVIL ACTION FILE |
| ROCHELLE ROBINS ("MAYOR") | ) |
| TRAVELERS INSURANCE, | ) 1:22-CV-5117 |
| JOHN AND JANE DOE, | ) |
| A,B,C, COMPANIES. | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

I, Tylerono Roberts being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

That on the 8th day of March, 2023, I served the above Complaint in the above-captioned matter upon:

Defendant or their representative:
Rochelle Robbins
_____
_____

Further affiant sayeth naught. _____ (SIGNATURE OF AFFIANT)

DATE: 03/08/2023
MY SEAL AND SIGNATURE: Gabriela Cabrera
MY COMMISSION EXPIRES: 02/14/2027

[Notary Seal: GABRIELA CABRERA, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES February 14, 2027]