IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHERYL L. SIMPSON,              )
                                )
        Plaintiff,              )
                                )
vs.                             )
                                )
CITY OF DOUGLASVILLE            )   CIVIL ACTION FILE
ROCHELLE ROBINS ("MAYOR")       )   1:22-CV-5117-SDG
TRAVELERS INSURANCE HOLDINGS    )
JOHN AND JANE DOE,              )
A,B,C, COMPANIES.               )
                                )
        Defendant.              )

## NOTICE OF FILING AFFIDAVITS OF SERVICE

COME NOW PLAINTIFF, CHERYL L. SIMPSON, and gives notice of filing her

affidavits of service:

Attached hereto are the following:

1. Affidavit of Serving the CITY OF DOUGLASVILLE;
2. Affidavit of Serving ROCHELLE ROBINS ("MAYOR"); and
3. Affidavit of Serving TRAVELERS INSURANCE HOLDINGS

Respectfully submitted this April 20, 2023,

Cheryl Simpson
3094 Highland Ter.,
Lithia Springs
Ga. 30122

1

Tel:404-468-4280
cherylsimpson2022@gmail.com

## CERTIFICATE OF COMPLIANCE

Under Local Rule 7.1D, I hereby certify that the foregoing **NOTICE OF FILING AFFIDAVITS OF SERVICE** complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I filed the foregoing with a copy of the same by U.S. Mail, postage prepaid, upon the following:

CITY OF DOUGLASVILLE GEORGIA 6695 Street, Douglasville, GA 30134;

ROCHELLE ROBINS 6695 Street, Douglasville, GA 30134;

TRAVELERS INSURANCE HOLDINGS INC. at Gerald L Baxter, (Registered Agent) 3120 Breckinridge Blvd, Duluth, Georgia, 30199.

Respectfully submitted this April 20, 2023,

Cheryl Simpson
3094 Highland Ter.,
Lithia Springs
Ga. 30122
Tel:404-468-4280
cherylsimpson2022@gmail.com